# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP

SUITE 950

1901 AVENUE OF THE STARS

LOS ANGELES, CALIFORNIA 90067-6029

(310) 789-3100

FAX (310) 789-3150

WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 3800 | 32ND FLOOR |
| --- | --- | --- |
| 1000 LOUISIANA STREET | 1201 THIRD AVENUE | 1301 AVENUE OF THE AMERICAS |
| HOUSTON, TEXAS 77002-5096 | SEATTLE, WASHINGTON 98101-3000 | NEW YORK, NEW YORK 10019-6022 |
| (713) 651-9366 | (206) 516-3880 | (212) 336-8330 |

Steven G. Sklaver
Direct Dial (310) 789-3123

E-Mail SSKLAVER@susmangodfrey.com

May 26, 2017

Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:    Ferrick, et al. v. Spotify USA Inc. et al., No. 16-CV-8412 (AJN)

Dear Judge Nathan:

We write jointly on behalf of the parties in the above-referenced action and report that we have reached a signed class action settlement agreement, subject to the Court's approval. Concurrently with this letter, Plaintiffs are filing their unopposed motion for preliminary approval of the settlement and supporting papers, which include the settlement agreement itself. The parties stipulate to proceeding with the case-management conference set for June 2, 2017, and, if the Court wishes, addressing the pending unopposed motion for preliminary approval. In light of the filing of the settlement agreement, the parties respectfully submit this letter in lieu of a formal case management conference statement. The parties also recognize that the Court may want to vacate the case management conference in light of these developments.

Sincerely,

*[signature]*
Steven G. Sklaver

Cc: (by e-mail):    *Counsel for Spotify USA Inc.*