UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Ferrick et al.,

                Plaintiffs,

        –v–

Spotify USA Inc., et al.,

                Defendants.

16-cv-8412 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of several letters from putative class-members in the above case, some of which are on the docket (and some of which are not). The Court has forwarded the latter letters to Plaintiff's counsel. Plaintiff's counsel should post the letters on the docket, or notify the Court why these letters (or any of the others that have already been docketed) should not be publicly docketed on or before August 28, 2017.

SO ORDERED.

Dated: August __21__ 2017
New York, New York

_____
ALISON J. NATHAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 21 2017