IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA FERRICK, et al., | No. 1:16-cv-08412 (AJN) |
| Plaintiff, | |
| vs. | |
| SPOTIFY USA INC., et al., | |
| Defendants. | |

**CORRECTED**

**NOTICE OF PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Please take notice that Plaintiffs Melissa Ferrick, individually and doing business as Nine Two One Music and Right on Records/Publishing; Jaco Pastorius, Inc.; and Gerencia 360 Publishing, Inc., in Civil Action No. 1:16-cv-08412 (AJN) ("Class Plaintiffs") for themselves and on behalf of class counsel, move this Court before the Honorable Alison J. Nathan, United States District Judge, at the United States District Court for the Southern District of New York, 40 Foley Square, New York, NY 10007, for an order in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

In support of the motion, Class Plaintiffs will rely upon the accompanying memorandum of law, the declarations attached thereto, and other written or oral argument as may be requested or permitted by the Court.

Dated: November 10, 2017              Respectfully submitted,

By: /s/ Steven G. Sklaver
    Steven G. Sklaver

Steven G. Sklaver (pro hac vice)
Kalpana Srinivasan (pro hac vice)
Krysta Kauble Pachman (pro hac vice)
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars
Los Angeles, California  90067-6029
Telephone: 310-789-3100
Facsimile: 310-789-3150
ssklaver@susmangodfrey.com
ksrinivasan@susmangodfrey.com
kpachman@susmangodfrey.com

Stephen E. Morrissey (pro hac vice)
SUSMAN GODFREY LLP
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
smorrissey@susmangodfrey.com

Jacob Buchdahl (JB1902)
Geng Chen (GC2733)
SUSMAN GODFREY L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, New York 10019
Telephone: 212-336-8330
Facsimile: 212-336-8340
jbuchdahl@susmangodfrey.com
gchen@susmangodfrey.com

Henry Gradstein (pro hac vice)
Maryann R. Marzano (pro hac vice)
GRADSTEIN & MARZANO, P.C.
6310 San Vicente Boulevard, Ste 510
Los Angeles, California 90048
Telephone: 323-776-3100
hgradstein@gradstein.com
mmarzano@gradstein.com

*Interim Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 13, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's SDNY Procedures for Electronic Filing.

/s/  Steven G. Sklaver
Steven G. Sklaver