USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 17 2017

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MELISSA FERRICK, et al., | 16-cv-08412 (AJN) |
| Plaintiff, | ORDER |
| vs. | |
| SPOTIFY USA INC., et al., | |
| Defendants. | |

This Order addresses the proposed under-seal submission by Defendant Spotify USA Inc. on November 7, 2017. The proposed sealed filings contain information that Randall Wixen and/or Wixen Music Publishing have asserted is confidential and should not be included on the public docket. Defendant's request to file under seal portions of the deposition transcript of Randall Wixen, dated October 31, 2017, selected deposition exhibits, and portions of Spotify's memorandum of points and authorities in support of its motion to clarify class composition is GRANTED.

However, those submissions will be unsealed unless Randall Wixen and/or Wixen Music Publishing submit a justification for their sealing within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated: November 17, 2017

UNITED STATES DISTRICT COURT

By: _____
The Honorable Alison J. Nathan
Judge of the District Court

1