# BROWN ROBERT, LLP

ATTORNEYS AT LAW

CONNIS O. BROWN, III
ADMITTED FL, CA

SETH P. ROBERT
ADMITTED FL, NY, NJ

———

VANESSA M. CADY
ADMITTED FL

OF COUNSEL:
VINCENT P. D'ANDREA
ADMITTED NY

RONI SCHNEIDER
ADMITTED FL, NY

January 30, 2018

*VIA ECF*

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> RE:    Ferrick, et al. v. Spotify USA Inc., et al.
>        No. 1:16-cv-08412 (AJN)

Dear Judge Nathan:

Our office represents Watson Music Group, LLC, DM Records, Inc. and Kingfish Music Group, Inc. (collectively, "Clients"), who own the copyrights to songs, many of which they belief have been intentionally infringed by Spotify USA Inc.  In connection with a litigation recently commenced by Watson Music Group, LLC against Spotify USA, Inc. in the Southern District of Florida, *Watson Music Group, LLC v. Spotify USA, Inc.*, Case No. 17-cv-62374-BB (the "Florida Litigation"), the undersigned recently was advised by counsel for Spotify USA, Inc. that it is Spotify USA, Inc.'s belief that Watson Music Group, LLC is a member of the class in the above-referenced litigation pending before Your Honor.  Our Clients have not received actual notice of any purported class membership and have not had the opportunity to raise before Your Honor their objection to being included within such a class, if such is the case, as well as their objection to the proposed settlement of this action.

It is our understanding based on a review of the docket that at the current time the Court has not yet ruled upon the motion for final approval of the settlement of the above-entitled matter and that other parties are still filing documents in opposition to such approval, to which our Clients join. Our Clients would like to have the opportunity to be heard prior to any such ruling in order to, among other things, raise their objection to the final settlement as well as to the position taken by counsel for Spotify USA, Inc. that our Clients are included as class members.  Our Clients object to their inclusion in such a class for a variety of reasons, which our Clients would like to raise with the Court when given the opportunity, but they include the lack of notice, short purported notice, the impact of a bankruptcy proceeding in Florida through which certain rights were transferred to our

Honorable Alison J. Nathan
January 30, 2018
Page 2

Clients, and the appropriateness of the settlement proposed in this case.

It is for this reason that our Clients request that the Court not rule upon the motion for final approval and set a deadline by which our client shall submit a more formal opposition to the motion for final approval as well as the inclusion in such a class.

Respectfully submitted,

**BROWN ROBERT, LLP**

/s/ Seth P. Robert

Seth P. Robert