# BROWN ROBERT, LLP
### ATTORNEYS AT LAW

CONNIS O. BROWN, III
ADMITTED FL, CA

SETH P. ROBERT
ADMITTED FL, NY, NJ

_____

OF COUNSEL:

VINCENT P. D'ANDREA
ADMITTED NY

RONI SCHNEIDER
ADMITTED FL, NY

June 25, 2018

_VIA ECF_

Honorable Alison J. Nathan
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      RE:    Ferrick, et al. v. Spotify USA Inc., et al.
              No. 1:16-cv-08412 (AJN)

Dear Judge Nathan:

Our office represents Watson Music Group, LLC, DM Records, Inc. and Kingfish Music Group, Inc. (collectively, "Clients"). Further to the instructions I received from the Clerk's office, I write to request that the Court Docket be corrected to reflect that DM Records, Inc. and Kingfish Music Group, Inc. filed objections in the above-referenced matter in addition to Watson Music Group, LLP. Our Notice of Appearance reflected our appearance on behalf of all three Clients [ECF No. 382] and this Court's Memorandum Opinion & Order [ECF No. 418] addressed the objections filed by all three Clients [ECF No. 418, at 14].

Should you have any questions, please feel free to contact me.

Respectfully submitted,

**BROWN ROBERT, LLP**

/s/ Seth P. Robert

Seth P. Robert

150 NORTH FEDERAL HIGHWAY, SECOND FLOOR, FORT LAUDERDALE, FLORIDA 33301
TELEPHONE (954) 832-9400 • FACSIMILE (954) 832-9430
_A PARTNERSHIP OF PROFESSIONAL ASSOCIATIONS_
WWW.BROWNROBERT.COM