# APPENDIX A

Objections by N. Albert Bacharach

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *In re MCI Phone Rate Litigation* (S.D. Ill., No. 99-cv-01275) | Ronald K. Weintraub | N/A | 3/27/2001 | Overruled | 5/18/2001 | Unknown | |
| *Meyenburg v. Exxon Mobil Corporation* (S.D. Ill., No. 05-cv-00015) | Melissa Nolett; Paul Redd; Brenda Matthews; Thomas Schultz | William F. Kopis; Paul S. Rothstein; Edward W. Cochran; Frank H. Tomlinson | 8/15/2005 | Held untimely | 6/30/2006 | Voluntarily dismissed | |
| *In re Trans Union Corp. Privacy Litigation* (N.D. Ill., No. 00-cv-04729) | Julius Dunmore; Robert Falkner; Michael Rinis; Babette Rinis; David T. Murray; Devern Wilson | John Pentz; Edward W. Cochran; Paul S. Rothstein; Charles B. Zuravin | 8/27/2008 | Overruled | 10/10/2008 | Voluntarily dismissed | Bacharach originally represented Dunmore only, but moved to dismiss appeal on behalf of several objectors also represented by serial objector counsel. |
| *In re Mattel Inc. Toy Lead Paint Products Liability Litigation* (C.D. Cal., No. 07-ml-01897) | Jennifer Deachin | Michael D. Luppi | 3/8/2010 | Overruled | N/A | N/A | At fairness hearing, the district court described objection as "frivolous." |
| *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal., No. 07-md-01827) | Keena Dale | N/A | 10/9/2012 | Overruled | 6/13/2013 | Voluntarily dismissed | Plaintiffs filed charts of objections submitted by Bacharach, Cochran, and Pentz.<br><br>Bacharach was accused of ghostwriting *pro se* objection by repeat client Julius Dunmore, which bore a Gainesville, FL stamp. |
| *Fraley v. Facebook* (N.D. Cal., No. 11-cv-01726) | Jennifer Deachin | Alan J. Sherwood | 5/2/2013 | Overruled | 10/29/2013 | Voluntarily dismissed | Bacharach did not appear until appeal. Notice of appeal was untimely, leading to voluntary dismissal. |
| *Tennille v. Western Union Company* (D. Colo., No. 09-cv-00938) | Self | Paul S. Rothstein | 5/20/2013 | Overruled | 10/15/2014 | Voluntarily dismissed | Objection originally filed *pro se* before admission to Colorado bar. |
| *Malta v. The Federal Home Loan Mortgage Corporation* (S.D. Cal., No. 10-cv-01290) | Julius Dunmore | Michael D. Luppi; David Hall | 6/5/2013 | Overruled | 7/8/2013 | Voluntarily dismissed | Appeal voluntarily dismissed before district court ruled on post-judgment motion for permission to conduct discovery on Bacharach and client. |

Objections by N. Albert Bacharach

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *Fladell v. Wells Fargo Bank* (S.D. Fla., No. 13-cv-60721) | Jennifer Deachin n/k/a Jennifer Hinjosa | N/A | 8/19/2014 | Overruled | 11/19/2014 | Voluntarily dismissed | |
| *In re Capital One Telephone Consumer Protection Act Litigation* (N.D. Ill., No. 12-cv-10064) | Devera R.D. Bartte | Thomas C. Cronin | 10/27/2014 | Overruled | 3/23/2015 | Voluntarily dismissed | Bartte's objection filed by Cronin, who signed as "One of her Attorneys," but Bacharach did not appear until appeal. |
| *Soto v. The Gallup Organization, Inc.* (S.D. Fla., No. 13-cv-61747) | Cathy Scarberry; Dave Scarberry | N/A | 11/13/2015 | Overruled | 12/1/2015 | Voluntarily dismissed | Appeal voluntarily dismissed before the district court ruled on post-judgment motion for leave to take discovery of objector. |
| *Hendricks v. StarKist Co.* (N.D. Cal., No. 13-cv-00729) | Jemea Graham; Julius Dunmore; Valerie Williford | Alan J. Sherwood | 11/20/2015 | Overruled | 10/28/2016 | Ongoing | Bacharach did not appear until appeal. |
| *Perkins v. LinkedIn Corporation* (N.D. Cal., No. 13-cv-04303) | Daniel Brown; Jenny Hill | Alan J. Sherwood | 12/14/2015 | Overruled | 3/4/2016 | Voluntarily dismissed | Bacharach did not appear until appeal. |
| *In re Automatic Parts Antitrust Litigation* (E.D. Mich., No. 12-md-02311) | Carlene Cross; Albert Graham, Jr. | N/A | 4/11/2016 | Withdrawn | N/A | N/A | Objection withdrawn after magistrate rejected attempt to quash subpoena for depositions of Bacharach and client. |
| *Mehigan v. Ascena Retail Group* (E.D. Pa., No. 15-cv-00724) | Leah Harrington; Beth Yoes; Leighan Sonnier | Paul A. Lawless | 4/20/2016 | Overruled | 8/26/2016 | Dismissed for failure to prosecute | Bacharach did not appear until appeal. Appeal closed for failure to file opening forms. Bacharach claimed in motion to reopen appeal that he had been "recently appointed," but Plaintiffs-Appellees pointed out that objection in district court filed using Bacharach's ECF login. Motion to reopen appeal denied. |
| *In re Volkswagen "Clean Diesel" Marketing, Sales Pratices* (N.D. Cal., No. 15-md-02672) | Greg R. Siewert; Scott Siewert | N/A | 9/16/2016 | Overruled | 11/23/2016 | Ongoing | |
| *In re Takata Airbag Products Liability Litigation* (S.D. Fla., No. 14-cv-24009) | Olga Seltzer | N/A | 2/5/2018 | Overruled | 3/23/2018 | Ongoing | |

Objections by N. Albert Bacharach

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *In re Lithium Ion Batteries Antitrust Litigation* (N.D. Cal., No. 13-md-02420) | Rinis Travel Service, Inc. | Alan J. Sherwood | 3/1/2018 | Withdrawn | N/A | N/A | Bacharach and objector found in civil contempt of order for objector to appear for deposition. Unprepared 30(b)(6) representative for objector was Bacharach's sister. Bacharach was forced to disclose all objections from objector in past five years and any compensation received in connection with those objections. Bacharach and objector reprimanded and cautioned. Bacharach and objector withdrew objection and waived right to appeal. |
| In re Allstate Fair Credit Reporting Act Litigation (M.D. Tenn., No. 02-md-1457) | Unknown | Unknown | Unknown | Overruled | Unknown | Unknown | Bacharach appeared at fairness hearing on 7/18/2005 and admitted to having filed objections in other cases "greater than 25 times easily . . . and probably less than 100 over the last five years." |
| In re Insurance Brokerage Antitrust Litigation (D.N.J., No. 04-cv-5185) | Self | Unknown | Unknown | Overruled | Unknown | Unknown | Bacharach's objection was not found on the public docket. It was addressed by the district court in the opinion granting final approval. 282 F.R.D. 92 (2012). |

Objections by John Pentz

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *Meyenburg v. Exxon Mobil Corporation* (S.D. Ill., No. 05-cv-00015) | David Pentz; Guy Thrasher | J. Scott Kessinger | 8/8/2005 | Overruled | 7/1/2006 | Voluntarily dismissed | |
| *Barnes v. Fleet National Bank* (D. Mass., No. 01-cv-10395) | Nancy Feldman | N/A | 10/25/2005 | Overruled | 7/14/2006 | Voluntarily dismissed | Objector was Pentz's mother-in-law. District court imposed an appeal bond of $645,111.60. |
| *In re Royal Ahold N.V. Securities & ERISA Litigation* (D. Md., No. 03-md-01539) | Linda Tsai | N/A | 5/3/2006 | Overruled | N/A | N/A | Pentz solicited objector after she filed *pro se* and amended objection significantly. The district court said he "hijacked" her objection and that "it seems to me that he has introduced what I could readily call a frivolous objection at a very late stage in this case." |
| *Lockwood v. Certegy Check Services, Inc.* (M.D. Fla., No. 07-cv-01434) | Joel M. Shapiro | David M. Snyder | 8/4/2008 | Withdrawn | N/A | N/A | Objector was withdrawn the day after the court denied his motion for a protective order to bar his deposition. |
| *Fresco v. R.L. Polk & Co.* (S.D. Fla., No. 07-cv-60695) | Jacqueline Pio; Anthony Pio | Nicolas J. Gutierrez, Jr. | 10/8/2009 | Overruled | 8/20/2010 | Voluntarily dismissed | |
| *In re Lawn Mower Engine Horsepower Marketing & Sales Practices Litigation* (E.D. Wis., No. 08-md-1999) | Carl Olson, Jr. | N/A | 6/7/2010 | Overruled | 9/10/2010 | Voluntarily dismissed | |
| *Dewey v. Volkswagen AG* (D.N.J., No. 2:07-cv-02361) | David T. Murray; Jennifer B. Murray; James E. Pentz | Vincent S. Verdiramo | 6/15/2010 | Overruled | 8/20/2010 | Voluntarily dismissed | |
| *In re Lifelock Inc. Marketing & Sales Practices Litigation* (D. Ariz., No. 08-md-01977) | James E. Pentz | N/A | 7/9/2010 | Overruled | 9/24/2010 | Voluntarily dismissed | |
| *Blessing v. Sirius XM Radio Inc.* (S.D.N.Y., No. 09-cv-10035) | Lange M. Thomas | Eric S. Horowitz | 7/19/2011 | Overruled | N/A | N/A | |
| *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal., No. 07-md-01827) | Barbara Cochran; Kevin Luke | George W. Cochran | 4/17/2012 | Overruled | 5/20/2013 | Voluntarily dismissed | Objector Kevin Luke stated in deposition that he was not represented by Pentz and that his objection was supplied by counsel. |

Objections by John Pentz

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *Hitch Enterprises, Inc. v. Cimarex Energy Co.* (W.D. Okla., No. 11-cv-00013) | Katherine Riesen Lathrop | Stephen C. Griffis | 2/14/2013 | Withdrawn | N/A | N/A | Objection withdrawn after plaintiffs moved for sanctions and to sever the lone objector's claim from the settlement fund. |
| *In re Citigroup Inc. Bond Litigation* (S.D.N.Y., No. 08-cv-09522) | Lexie L. Hopson; Michelle B. Hopson | Vincent S. Verdiramo | 6/26/2013 | Overruled | 1/14/2014 | Voluntarily dismissed | Pentz did not appear until appeal. |
| *In re Merck & Co. Vytorin/Zetia Securities Litigation* (D.N.J., No. 08-cv-02177) | Franklin DeJulius | Vincent S. Verdiramo | 8/5/2013 | Overruled | 10/25/2013 | Voluntarily dismissed | The district court set appeal bond at $50,000 to be paid jointly by three objectors. |
| *Poertner v. The Gillette Co.* (M.D. Fla., No. 12-cv-00803) | Robert Falkner | Brian M. Silverio | 2/28/2014 | Overruled | 9/15/2014 | Judgment affirmed | Pentz did not appear until appeal. |
| *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation* (N.D. Cal., No. 02-md-01486) | Barbara Cochran; James Glase; Bryan Marcus | George W. Cochran; Edward W. Cochran | 5/5/2014 | Overruled | 7/7/2014 | Voluntarily dismissed | |
| *In re Capital One Telephone Consumer Protection Act Litigation* (N.D. Ill., No. 12-cv-10064) | Krystal L. Nykaza (nee Snyder) | N/A | 10/24/2014 | Overruled | N/A | N/A | |
| *Gehrich v. Chase USA, N.A.* (N.D. Ill., No. 12-cv-05510) | David Schlagel | N/A | 2/8/2015 | Overruled | 4/1/2015 | Voluntarily dismissed | |
| *Demmick v. Cellco Partnership* (D.N.J., No. 06-cv-2163) | Nancy C. Corser | Vincent S. Verdiramo | 2/24/2015 | Overruled | 5/22/2015 | Voluntarily dismissed | |
| *Wright v. Nationstar Mortgage LLC* (N.D. Ill., No. 14-cv-10457) | Connie Pentz | Arthur J. Howe | 4/4/2016 | Overruled | 9/27/2016 | Voluntarily dismissed | Objector was Pentz's mother. |
| *In re Pfizer Securities Litigation* (S.D.N.Y., No. 04-cv-9866) | Ernest J. Browne; Scott Browne | Vincent S. Verdiramo | 11/28/2016 | Overruled | 1/20/2017 | Voluntarily dismissed | |
| *Dorado v. Bank of America, N.A.* (S.D. Fla., No. 16-cv-21147) | David McBride | N/A | 2/7/2017 | Overruled | 4/21/2017 | Voluntarily dismissed | Pentz did not appear until appeal. |
| *In re Takata Airbag Products Liability Litigation* (S.D. Fla., No. 14-cv-24009) | Jeffrey Bernstein; Robert Falkner; Katherine Falkner; Gary Maggard; Charles F. Breese; Mary Beth Breese | Edward W. Cochran; Brian M. Silverio | 9/22/2017 | Overruled | 11/20/2017 | Ongoing | |

Objections by John Pentz

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *Fraley v. Facebook* (N.D. Cal., No. 11-cv-01726) | Wendy Lally; Alec Greenhouse; Jonathan Bobak; Zachary Cochran | N/A | Unknown (not available on PACER) | Overruled | 9/24/2013 | Judgment affirmed | |
| *In re "A Million Little Piece" Litigation* (S.D.N.Y., No. 06-md-01771) | Connie Pentz | N/A | Unknown (not available on PACER) | Withdrawn | N/A | N/A | Objector was Pentz's mother. |

Note: More objections filed by John Pentz can be found in an appendix filed by plaintiffs in *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal., No. 07-md-01827), which is provided here as Appendix B

Objections by Vincent S. Verdiramo

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *Dewey v. Volkswagen AG* (D.N.J., No. 2:07-cv-02361) | Paul M. Kaufman; David T. Murray; | John Pentz; Edward F. Siegel | 6/14/2010; 6/15/2010 | Overruled | 8/20/2010 | Voluntarily dismissed | Verdiramo represented two |
| In re Merck & Co. Vytorin/Zetia Securities Litigation (D.N.J., No. 08-cv-02177) | Franklin DeJulius | John Pentz | 8/5/2013 | Overruled | 10/25/2013 | Voluntarily dismissed | The district court set appeal bond at $50,000 to be paid jointly by three objectors. |
| *Demmick v. Cellco Partnership* (D.N.J., No. 06-cv-2163) | Nancy C. Corser | John Pentz | 2/24/2015 | Overruled | 5/22/2015 | Voluntarily dismissed | |
| *In re Pfizer Securities Litigation* (S.D.N.Y., No. 04- | Ernest J. Browne; Scott Browne | John Pentz | 11/28/2016 | Overruled | 1/20/2017 | Voluntarily dismissed | |

Objections by George W. Cochran

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal., No. 07-md-01827) | Geri Maxwell; Maria Marshall; Wayne Marshall; Gerri Marshall | N/A | 4/8/2012 | Overruled | 5/20/2013 | Voluntarily dismissed | Three objectors withdrew their objections, and the deposition of remaining objector revealed serious issues with her standing to object. |
| *In re Toyota Motor Corp. Unintended Acceleration Mktng. Sales Prac. & Prods. Liab. Litigation* (C.D. Cal., No. 10-ML-02151) | Amelia Ranieri; Housan Huang | N/A | 5/13/2013 | Overruled | 8/22/2013 | Voluntarily dismissed | |
| *Pappas v. Naked Juice Co. of Glendora, Inc.* (C.D. Cal., No. 11-cv-08276) | Bradley L. Henry; Sarah Marie Henry | N/A | 11/11/2013 | Overruled | 2/21/2014 | Voluntarily dismissed | Objection originally filed *pro se.* Cochran appeared after notice of appeal filed. |
| *Gollogher v. Todd Christopher International, Inc.* (N.D. Cal., No. 14-15890) | Jennifer Lynn Cochran | N/A | 2/7/2014 | Overruled | 5/21/2014 | Voluntarily dismissed | Objection originally filed *pro se.* Notice of appeal filed with Cochran's ECF login, but Cochran did not appear until afterwards. |
| *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation* (N.D. Cal., No. 02-md-01486) | Barbara S. Cochran; James Glase; Bryan Marcus | John Pentz; Edward W. Cochran | 5/5/2014 | Overruled | 7/7/2014 | Voluntarily dismissed | Cochran did not appear until appeal. |
| *Volz v. The Coca Cola Co.* (S.D. Ohio, No. 10-cv-00879) | Bradley L. Henry; Wanda J. Cochran | N/A | 10/31/2014 | Overruled | N/A | N/A | |
| *Demmick v. Cellco Partnership* (D.N.J., No. 06-cv-2163) | Wanda J. Cochran | N/A | 2/17/2015 | Overruled | 5/22/2015 | Voluntarily dismissed | Objection originally filed *pro se.* Cochran did not appear until appeal. |
| *In re Cathode Ray Tube (CRT) Litigation* (N.D. Cal., No. 07-cv-5944) | Josie Saik | N/A | 10/24/2015 | Overruled | 8/5/2016 | Ongoing | Objection originally filed *pro se*. |
| *Perkins v. LinkedIn Corporation* (N.D. Cal., No. 13-cv-04303) | Olen York | N/A | 12/30/2015 | Overruled | 3/10/2016 | Voluntarily dismissed | The court found that objector was not a member of the class.<br><br>Objection originally filed *pro se.* Cochran appeared after notice of appeal filed. |
| *In re Blue Buffalo Co., Ltd. Marketing & Sales Practices Litigation* (E.D. Mo., No. 14-md-02562) | Pamela McCoy | N/A | 4/12/2016 | Overruled | 7/13/2016 | Judgment affirmed | Cochran did not appear until appeal. |
| *Mehigan v. Ascena Retail Group* (E.D. Pa., No. 15-cv-00724) | Vicki Mager; Melissa Schultz | N/A | 4/29/2016 | Overruled | 8/26/2016 | Voluntarily dismissed | Cochran did not appear until appeal. |

Objections by George W. Cochran

| Case | Client(s) | Additional Counsel | Date of Objection | Outcome of Objection | Date of Appeal | Outcome of Appeal | Comments |
|---|---|---|---|---|---|---|---|
| *In re Automatic Parts Antitrust Litigation* (E.D. Mich., No. 12-md-02311) | Olen York; Amy York; Nancy York | N/A | 5/9/2016 | Overruled | 7/6/2016 | Voluntarily dismissed | Cochran barred from arguing at fairness hearing because he was not admitted to practice in the Eastern District of Michigan. |
| *Ebarle v. LifeLock, Inc.* (N.D. Cal., No. 15-cv-00258) | Barbara S. Cochran | N/A | 5/9/2016 | Overruled | 10/18/2016 | Voluntarily dismissed | Cochran did not appear until appeal. |
| *In re Takata Airbag Products Liability Litigation (S.D. Fla., No. 14-cv-24009)* | Pamela McCoy | N/A | 9/26/2017 | Overruled | 11/20/2017 | Ongoing | |