UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Ferrick, et al.,

    Plaintiffs,

—v—

Spotify USA Inc., et al.,

    Defendants.

16-cv-8412 (AJN)

ORDER

JAN 2 8 2020

ALISON J. NATHAN, District Judge:

The Court is in receipt various letters from Settlement Class Members expressing their inability, due to incarceration or otherwise, to access the Spotify track ID information necessary to file settlement claims. *See, e.g.*, Dkt. No. 486.

The parties in the above-captioned action are hereby ordered to meet and confer and submit a joint letter to the Court addressing this concern of Settlement Class Members by January 31, 2020.

SO ORDERED.

Dated: January 27, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge