UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/22

Melissa Ferrick, et al.,

           Plaintiffs,

–v–

Spotify USA Inc., et al.,

           Defendants.

16-cv-8412 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

The Court received a letter from Mr. Alarcon Wiggins, dated June 13, 2022, inquiring about the claims process for this case. The letter will be filed on the public docket as an attachment to this order. The above-referenced action is closed in this Court. Mr. Wiggins may direct his questions to Class Counsel:

    Kalpana D. Srinivasan
    Krysta Kauble Pachman
    Stephen E. Morrissey
    Susman Godfrey L.L.P.
    1901 Avenue of the Stars, Suite 950
    Los Angeles, CA 90067
    (310)-789-3100

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Wiggins and note that mailing on the public docket.

SO ORDERED.

Dated: June 24, 2022
      New York, New York

                                  ALISON J. NATHAN
                                United States Circuit Judge
                                Sitting by Designation

United States District Court  
500 Pearl St. Suite 120  
New York, NY 10007-1312

RECEIVED  
SDNY PRO SE OFFICE  
2022 JUN 16 PM 2:56

Alarcon Wiggins  
#53886-037  
Allen Wood LSCI  
P.O. Box 1000  
White Deer, PA 17887

Case No. 16-cv-8412(AJN)

Dear Court Clerk,

    This letter is to obtain and particpate in the claim process for the above styled and case number. I was unable to participate in the initial claiming process due to inadequate notice to opt-in the class action.

    Please be advised that during the notice period I was and still am incarcerated at a Federal ficility. Due to such incarceration I did not recieve an opt in nor claim notice. There was a notice mailed to my old address which was recently forwarded to my mother who informed me of this case.

    For the reasons stated, I would appreciate it if the courts would be so kind as to mail me all of the required documents needed to opt-in. I would like to say thank you in advance for your time and consideration in this matter and I anticipate your response.

Respectfully Submitted

*Alarcon Wiggins*  
Alarcon Wiggins #53886-037

Date 6-13-22



INMATE NAME/NUMBER: Alarico Wiggins 53866-037
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD LSCI
P.O. BOX 1000
WHITE DEER, PA 17887

Pro se AF

HARRISBURG PA 171
14 JUN 2022 PM 4 L

United States District Court
Clerk of the Court
Pearl St. Suite
New York, NY 10007-

RECEIVED
SDNY PRO SE OFFICE
2022 JUN 16 PM 2:46

10007-161608