```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/7/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Melissa Ferrick, et al.,

          Plaintiffs,

    –v–

Spotify USA Inc., et al.,

          Defendants.

16-cv-8412 (AJN)

ORDER

ALISON J. NATHAN, Circuit Judge, sitting by designation:

    The Court received a letter from Alonda P. Stallings, dated September 26, 2022 and docketed at Dkt. No. 509, raising questions about the claims process for this case. The above-referenced action is closed in this Court. Ms. Stallings may direct her questions to Class Counsel:

> Kalpana D. Srinivasan
> Krysta Kauble Pachman
> Stephen E. Morrissey
> Susman Godfrey L.L.P.
> 1901 Avenue of the Stars, Suite 950
> Los Angeles, CA 90067
> (310)-789-3100

    The Clerk of Court is respectfully directed to mail a copy of this order to Ms. Stallings and note that mailing on the public docket.

    SO ORDERED.

Dated: October 7, 2022
      New York, New York

                               _____
                               ALISON J. NATHAN
                            United States Circuit Judge
                            Sitting by Designation